# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

Revity EPC, LLC, et al.
Plaintiff,

v.                                                                Case No.: 1:21–cv–00136–JJM–LDA

Colony Insurance Company
Defendant.

## PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. All factual discovery shall be completed by February 15, 2022

2. Plaintiff shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by April 15, 2022

3. Defendant shall make its expert witness disclosures as required by Fed. R. Civ. P. 26(a)(2) by May 16, 2022

4. All expert discovery shall be completed by June 15, 2022

5. Dispositive motions shall be filed by July 15, 2022

The parties shall add any known additional defendants or third–party defendants within sixty (60) days of the date of this order.

No discovery motions shall be filed until after the party in good faith tries to resolve the matter with opposing counsel. If that does not resolve the dispute, the party must first have an informal conference with the Court, which can be arranged by contacting the judge's Case Manager at the direct extension listed below.

It is so ordered.

September 20, 2021                                By the Court:

                                                  /s/ John J. McConnell, Jr.
                                                  United States Chief Judge


U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Ryan Jackson 401–752–7213